FILED
JUL 12 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| UNITED STATES OF AMERICA, | ) | Case No. 10CR1759-GT |
|---|---|---|
| Plaintiff, | ) | Date: August 26, 2010 |
|  | ) | Time: 9:00 a.m. |
| v. | ) |  |
|  | ) | ORDER TO CONTINUE |
| JULIO FLORES-MARISCAL, | ) | SENTENCING WITH PSR HEARING DATE |
|  | ) |  |
| Defendant. | ) |  |

WHEREAS the parties have both agreed jointly to a continuance of the hearing; and for good cause showing;

IT IS HEREBY ORDERED that the hearing date in the above-mentioned case be continued from August 26, 2010 at 9:00 a.m. to September 28, 2010 at 9:00 a.m.

SO ORDERED.

Dated: 7-12-10

_____
HONORABLE GORDON THOMPSON, JR.
United States District Court Judge